UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33685 |
|---|---|
|    CHARLES ALLAN WILEY | (Chapter 13) |
|    CAROL BERNICE WILEY | |
|                     Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4009993**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 11 | CHECK EXCHANGE<br>2607 WILMINGTON PIKE<br>DAYTON, OH  45419 | 209.42 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/13/2010

Certificate of Service 06-33685

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| CHARLES ALLAN WILEY<br>CAROL BERNICE WILEY<br>5012 WORCHESTER DRIVE<br>DAYTON, OH  45431 | LEE HOHL<br>1839 EAST STROOP RD<br>KETTERING, OH  45429 | (11.1)<br>CHECK EXCHANGE<br>2607 WILMINGTON PIKE<br>DAYTON, OH  45419 |
| (29.1n)<br>OHIO DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>BOX 530<br>COLUMBUS, OH  43216 | (31.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 | |

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    cs